1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
03 JUN 20 PH 1: 33
U.S. DISTRICT COURT
N.D. OF ALABAMA

*LAVARITUS SMITH*

_____

_____

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

*RALPH HOOKS, Patrice
RICHIE, NURSE GOOCH and
JANE DOE, NURSE*

CV-03-PT-1499-M

(Enter above full name(s) of the
defendant(s) in this action)

I.   Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

    B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit

            Plaintiff(s): _____

            Defendant(s) _____

        2.   Court (if Federal Court, name the district; if State Court, name the county)

        3.   Docket Number _____

        4.   Name of judge to whom case was assigned _____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

LAVARITUS SMITH,
        PLAINTIFF,

V.

RALPH HOOKS, et al,
        DEFENDANTS.

CASE NO: _____

ADDEDUM TO COMPLAINT

The Plaintiff hereby adds the below
claims to this 42 USCA 1983 Lawsuit.

1. Rickey Threatt, did allow the Plaintiff, Lavaritus
Smith to be the subject of an assault on
8/12/03.

2. Defendant Threatt also knew that the Plaintiff
Lavaritus Smith was stabbed near his lung area, yet
he allowed the nurses at the ST. Clair healthcare
unit to place him in an unobserbed single cell in the
punitive segregation unit.

3. The Defendant Rickey Threatt therefore subjected
the Plaintiff to very cruel and unusual punishment
violative of the 8th Amendment.

4. Ralph Hooks, Patrice Richie and Rickey Threatt
all are informed of the fact that the
locking mechanism on the doors at ST. Clair
prison are defective and that once a door
is closed it can only be reopened by the

1983 Form

# In the United States District Court
# For the Northern District of Alabama

_LAVARITUS SMITH_

(Enter above the full name(s) of the
plaintiff(s) in this action)

_RALPH HOOKS, PATRICE
RICHIE, NURSE GOOCH and
JANE DOE NURSE_

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

    A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
in this action or otherwise relating to your imprisonment?     Yes  ( )     No  (✗)

    B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same
outline.)

        1.  Parties to this previous lawsuit

           Plaintiff(s): _____

           Defendant(s) _____

        2.  Court (if Federal Court, name the district; if State Court, name the county)

           _____

        3.  Docket Number _____

        4.  Name of judge to whom case was assigned _____

IN THE UNITED STATES DISTRICT COURT
NORTHERN, DISTRICT OF ALABAMA

LAVARITUS SMITH,
        PLAINTIFF;

Vs.                                    CASE NO:_____
RALPH HOOKS et al,
        DEFENDANTS.

 

<u>ADDEDUM TO COMPLAINT</u>

The Plaintiff hereby adds the below
Claims to this 42 USCA 1983 Lawsuit.

1. Rickey Threatt, did allow the Plaintiff,
LAVARITUS Smith to be the subject of an
assault on 8/12/03.

2. Defendant Threatt also knew that the Plaintiff
Lavaritus Smith was stabbed near his lung area, yet
he allowed the nurses at the ST. Clair healthcare
unit to place him in an unobserved single cell
in the punitive segregation unit.

3. The Defendant Rickey Threatt therefore
subjected the Plaintiff to very cruel and unusual
punishment violative of the 8th Amendment.

4. Ralph Hooks, Patrice Richie and Rickey
Threatt all are informed of the fact that the
locking mechanism on the doors at ST. Clair
prison are defective and that once a door

# In the United States District Court
# For the Northern District of Alabama

FILED

03 JUN 20 PM 1: 33

U.S. DISTRICT COURT
N.D. OF ALABAMA

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _LAVARITUS Smith   AIS# 184186_

declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ( )    No (X)

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

    _____∅_____

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

    _____∅_____

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?    Yes ( )    No (X)
    b. Rent payments, interest or dividends?    Yes ( )    No (X)
    c. Pensions, annuities or life insurance payments?    Yes ( )    No (X)
    d. Gifts or inheritancess?    Yes ( )    No (X)
    e. Any other sources?    Yes ( )    No (X)

    If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. ∅

    _____
    _____
    _____

3. Do you own cash, or do you have money in a checking or savings account?

    Yes ( )    No (X)    (Include any funds in prison accounts.)

    If the answer is "Yes," state the total value of the items owned.

    _____
    _____
    _____

```
                         STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                    ST. CLAIR CORR FACILITY


AIS #: 184186      NAME: SMITH, LAVARITUS DANIEL        AS OF: 06/17/2003

                        # OF      AVG DAILY        MONTHLY
                MONTH   DAYS      BALANCE          DEPOSITS
-----------------------------------------------------------------------------

                JUN     13        $0.15            $0.00
                JUL     31        $0.15            $0.00
                AUG     31        $1.02            $50.00
                SEP     30        $0.17            $0.00
                OCT     31        $0.00            $0.00
                NOV     30        $0.00            $0.00
                DEC     31        $0.63            $115.00
                JAN     31        $6.13            $50.00
                FEB     28        $31.99           $0.00
                MAR     31        $7.82            $90.00
                APR     30        $1.10            $0.00
                MAY     31        $1.10            $0.00
                JUN     17        $10.90           $50.00
```